Submitted on record and briefs June 25, sentences vacated; remanded for resentencing; otherwise affirmed July 18, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JASON DAVID RANDKLEV,
*Defendant-Appellant.*

Marion County Circuit Court
03C50551; A128411

164 P3d 307

Peter Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Susan F. Drake, Senior Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Michael R. Washington, Senior Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Brewer, Chief Judge, and Sercombe, Judge.

PER CURIAM

**PER CURIAM**

Defendant appeals a judgment of conviction for burglary in the first degree, ORS 164.225, assault in the first degree, ORS 163.185, felony assault in the fourth degree, ORS 163.160, and attempted rape in the first degree, ORS 163.375. He argues that, by imposing an 18-month sentence with respect to his conviction for felony assault in the fourth degree, the trial court exceeded the maximum allowable sentence provided by law. The state concedes that the trial court erred in that regard. We agree and accept the state's concession.

Sentences vacated; remanded for resentencing; otherwise affirmed.